ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of FRANCIS T. McENENY against BERNARD S. DEUTSCH, President of the Board of Aldermen of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, v. ISIDOR D. MORRISON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HENRY V. WALKER v. COLUMBIA BROADCASTING SYSTEM, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermper, JJ.

GIOVANNI B. DIOGUARDI, as President of International Hod Carriers' Building and Common Laborers' Union of America, Local No. 10, v. JOHN J. BENNETT, JR., as Attorney-General of the State of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

461 WEST FORTY-FOURTH STREET CORPORATION v. MICHAEL F. BREEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

KARLOPAT REALTY CORPORATION v. ALFRED L. CANTAMESSNER, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JAMES W. BROWN, Public Administrator of the County of Bronx, as Administrator, etc., of MARY AHEARN, Deceased, v. FRANCIS J. McCULLOUGH, Doing Business, etc., and FREDERICK W. GURNEY.— Motion granted. Order resettled and filed. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JAMES W. BROWN, Public Administrator of the County of Bronx, as Administrator, etc., of MARY AHEARN, Deceased, v. FRANCIS J. McCULLOUGH, Doing Business, etc., and FREDERICK W. GURNEY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant Frederick W. Gurney filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

METROPOLITAN LIFE INSURANCE COMPANY v. 1133 BROADWAY CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LOJO REALTY COMPANY, INC., v. ESTATE OF ISAAC G. JOHNSON, a Corporation Organized and Existing under the Laws of the State of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., dissents.